# Form 1

Page:  1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   23-58088-BEM

**Case Name:**   KISHA RUSSELL GREEN

**For Period Ending:**   06/30/2025

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   08/22/2023 (c)

**§ 341(a) Meeting Date:**   09/27/2023

**Claims Bar Date:**   09/22/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2017 Infiniti QX30, 109000 miles<br>Notice of abandonment filed. Dkt # 69. | 11,175.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2018 Jeep Grand Cherokee, 91409 miles<br>Notice of abandonment filed. Dkt # 69. | 19,801.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2011 Ford F150, 132455 miles<br>Notice of abandonment filed. Dkt # 69. | 7,429.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household Goods and Furnishings | 590.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Wells Fargo Bank | 27.00 | 0.00 | | 0.00 | FA |
| 9 | Checking & Savings: LGE Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking & Savings: Navy Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking & Savings: Delta Community Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Cash Application: Cash App | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Pension: State Pension (Right to Receive Payments) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Ret. or Pension Acct.: 401(k) | 311.00 | 0.00 | | 0.00 | FA |
| 15 | Child Support Arrears: Child Support | 9,707.00 | 0.00 | | 0.00 | FA |
| 16 | Term Life Insurance through Employer: Darius Jordan and Antonio Lee Jr. | Unknown | 0.00 | | 0.00 | FA |
| 17 | Globe Life: Debtor | Unknown | Unknown | | 0.00 | FA |
| 18 | Tru Stage Life Insurance Company: Darius Jordan and Antonio Lee Jr. | Unknown | Unknown | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

**Case No.:**   23-58088-BEM

**Case Name:**   KISHA RUSSELL GREEN

**For Period Ending:**   06/30/2025

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   08/22/2023 (c)

**§ 341(a) Meeting Date:**   09/27/2023

**Claims Bar Date:**   09/22/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 2000 SUMMER GATE CT, Marietta, GA 30060, Cobb County (One-Half Interest) (u)<br>Added by amendment to schedules. Value adjusted to reflect one-half interest in property and one-half liens and cost to sell. | 177,138.00 | 123,806.00 | | 0.00 | 164,900.00 |
| 20 | 2024: Federal tax refund (u)<br>Post petition asset | 2,060.00 | 2,060.00 | | 0.00 | FA |
| 21 | IMPORTED IN ERROR - Checking & Savings: LGE Credit Union<br>Added in error. See asset # 9. | 0.00 | 0.00 | | 0.00 | FA |
| **21** | **Assets**          **Totals**       (Excluding unknown values) | **$229,638.00** | **$125,866.00** | | **$0.00** | **$164,900.00** |

**Major Activities Affecting Case Closing:**

8/22/2023 - Case filed as a Chapter 7 case.

10/11/2023 - Case converted to Chapter 13 case.

6/6/2025 - Case reconverted from Chapter 13.  Debtor now has a one-half interest in the real property at 2000 Summer Gate Ct, Marietta, GA.  Her grandfather passed away and the property is now in the name of Kisha Green (Debtor) and Kenyatta Jones-Ervin. About $77k in equity in bankruptcy estate's interest in real property.

6/20/2025 - Declared as an asset case and vehicles abandoned as no equity after liens and exemptions.

6/20/2025 - Trustee intends to sell the real property located at 2000 Summer Gate Ct, Marietta, GA.

6/30/2025 - Sale of real property is complicated by claims of ownership by debtor's grandfather's widow, who resides at the Property. Trustee is preparing a complaint to determine extent, validity, and priority of interest of grandfather's widow in the property.  Trustee will prosecute this adversary to a judgment.

**Initial Projected Date Of Final Report (TFR):**          06/30/2027          **Current Projected Date Of Final Report (TFR):**          06/30/2027